

ACCEPTED
15-25-00104-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/6/2026 11:04 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

1/6/2026 11:04:29 AM
CHRISTOPHER A. PRINE
Clerk

**ANDREW S. "DREW" MILLER**
drew.miller@kempsmith.com
512 320-5466

January 6, 2026

**VIA EFILING**
Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

RE:   *Public Utility Commission, et al. v. City of Fulshear*, Cause No. 15-25-00104-CV

Dear Mr. Prine:

The undersigned hereby notifies the Court and all Parties that he has a scheduled vacation and will not be available from April 6, 2026, through April 17, 2026. Counsel respectfully requests that no oral argument, hearing, and/or attendance in Court be scheduled during this time in the above listed matter.

Thank you for your kind attention to this matter. Should you have any questions or need further information, please contact my office.

Sincerely,

KEMP SMITH LLP
1301 Nueces Street, Suite 100
Austin, TX  78701

By: _____
Andrew S. "Drew" Miller

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
January 6, 2026

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been sent via electronic filing system on this 6th day of January, 2026, to the following:

C. Joe Freeland
State Bar No. 07417500
MATHEWS & FREELAND, LLP
2105 East MLK Jr. Blvd
Austin, Texas 78702
Telephone: (512) 404-7800
Facsimile: (512) 703-2785
jfreeland@mandf.com

Jordan Pratt
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Jordan.Pratt@oag.texas.gov

_____
Andrew S. "Drew" Miller

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sharnezia Mitchell on behalf of Drew Miller
Bar No. 786857
AU.Secretary@kempsmith.com
Envelope ID: 109697238
Filing Code Description: Letter
Filing Description: Vacation Notice
Status as of 1/6/2026 11:15 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew Miller | 786857 | Drew.Miller@kempsmith.com | 1/6/2026 11:04:29 AM | SENT |
| Clarence Freeland | 7417500 | jfreeland@mandf.com | 1/6/2026 11:04:29 AM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 1/6/2026 11:04:29 AM | SENT |
| Sharnezia Mitchell | | sharnezia.mitchell@kempsmith.com | 1/6/2026 11:04:29 AM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 1/6/2026 11:04:29 AM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 1/6/2026 11:04:29 AM | SENT |